Name / Nombre: **Asatryan Gevorg**

A Number / Número A: **221346833**

Address / Dirección: **Golden State Annex**

FILED
AUG 11 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Asatryan Gevorg**

[Full Name / Nombre Completo]

Petitioner,

v.

Warden of the **Golden State Annex** Detention Facility, Current or Acting Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; Current or Acting Director, United States Immigration and Customs Enforcement; Current or Acting Secretary, United States Department of Homeland Security; and Current or Acting United States Attorney General,

Respondents.

Case No. **1:25-cv-00992-HBK (HC)**

Prisoner's Application and Declaration to Proceed *In Forma Pauperis*

I, [name / *su nombre*] **Asatryan Gevorg**, declare under penalty of perjury that I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof.

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR FILING AN APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER UNDER 28 U.S.C. § 1915

### *INSTRUCCIONES PARA UNA APLICACION PARA PRISONERO INDIGENTE*

You must submit to the court a completed Prisoner's Application to Proceed In Forma Pauperis if you are unable to pay the entire filing fee and/or if you are asking to be appointed a free attorney. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution. Please write your answers in English.

*Necesita entregar al Tribunal una Aplicación Para Prisionero Indigente (**Prisoner's Application to Proceed In Forma Pauperis**) si no puede pagar la tarifa y/o está aplicando por un abogado gratuito. La aplicación necesita incluir una copia del estado de cuenta de su cuenta de prisionero (commissary) y ser firmado por un oficial del centro de detención. Por favor escriba sus respuestas en inglés.*

### Habeas Actions

The fee for filing a petition for a writ of habeas corpus is $5 ($5 filing fee plus $0 administrative fee). If you are granted leave to proceed in forma pauperis, you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis, you must pay the fee in one payment and not in installments.

*La tarifa para entregar una petición Habeas es $5. Si su Aplicación Para Prisionero Indigente es aprobada, no necesitará pagar la tarifa. Si su Aplicación Para Prisionero Indigente es negada, necesitará pagar la tarifa.*

In support of this application, I provide true, correct, and complete responses to all of the following questions:

**1.** Are you presently employed in detention?   ☐ YES   ☒ NO

(*¿Está empleado actualmente en detención?*)

If your answer is "yes":

(*Si tu respuesta es "sí"*)

Number of hours you work per week: _____   Hourly rate of pay: _____

(*Número de horas que trabaja por semana*)   (*Tarifa de pago por hora*)

**2.** For the last twelve (12) months, list the amount of money you have received from any of the following sources (*Durante los últimos doce (12) meses, indique la cantidad de dinero que ha recibido de cualquiera de las siguientes fuentes*):

    a. Business, profession, or self-employment   $ 0

    (*Negocio, profesión, o trabajo por cuenta propia*)

    b. Income from rent, interest, or dividends   $ 0

    (*Ingresos por alquiler, intereses, o dividendos*)

    c. Pensions, annuities, or life insurance payments   $ 0

    (*Pensiones, anualidades, o pagos de seguros de vida*)

    d. Disability, Social Security, or other government source   $ 0

    (*Incapacidad, Seguro Social, u otra fuente gubernamental*)

    e. Gifts or inheritances   $ 0

    (*Regalos o herencias*)

    f. Describe any other source of income (*Describa cualquier otra fuente de ingresos*):

    ___—_____   $ 0

**3.** List the amount for each of the following (include detention center account funds) (*Indique la cantidad de cada uno de los siguientes (incluya los fondos de la cuenta del centro de detención)*):

Cash on hand (*Dinero en mano*):   $ 20

1  Checking account (*Cuenta de cheques*): $_____0_____

2  Savings account (*Cuenta de ahorros*): $_____0_____

3

4      4.    Do you own or have any interest in real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? (*¿Es usted propietario o tiene algún interés en bienes raíces, acciones, bonos, pagarés, planes de jubilación, automóviles u otras propiedades valiosas (excluyendo ropa y muebles comunes para el hogar)?*)

    ☐ YES    ☑ NO

If the answer is "yes," describe the property and state its approximate value (*Si la respuesta es "sí", describa la propiedad e indique el valor aproximado*):

_____ Approx. value: _____

_____ Approx. value: _____

5.    Do you have any other assets? (*¿Tiene algún otro activo?*)    ☐ YES    ☑ NO

If the answer is "yes," list the asset(s) and the approximate value (*Si la respuesta es "sí", indique los activos y el valor aproximado*):

_____ Approx. value: _____

_____ Approx. value: _____

6.    Does anyone depend on you for financial support? (*¿Alguien depende de usted para su apoyo financiero?*)    ☐ YES    ☑ NO

If the answer is "yes," state their relationship to you, and indicate how much you contribute toward their support each month. Use initials (not names) to refer to minor children (*Si la respuesta es "sí", indique su relación con usted e indique cuánto contribuye a su apoyo cada mes. Utilice iniciales (no nombres) para referirse a niños menores de edad*).

_____ Amount per month: $_____

_____ Amount per month: $_____

1 | _____ Amount per month: $_____

2 | _____ Amount per month: $_____

**This form must be dated and signed below for the court to consider your application.**

*(Este formulario debe estar fechado y firmado a continuación para que el tribunal considere su solicitud.)*

I hereby authorize the detention center having custody of me to withdraw from my trust account and pay to the court the initial partial filing fee and any installment payments required by the court, in accordance with 28 U.S.C. § 1915(b)(2).

*(Por la presente autorizo al centro de detención que tiene mi custodia a retirar dinero de mi cuenta fiduciaria y pagar al tribunal la tarifa de presentación parcial inicial y cualquier pago a plazos requerido por el tribunal, de conformidad con 28 U.S.C. § 1915(b)(2).)*

07/01/2025
Date [*Fecha*]

Asatryan Gevorg
Printed Name [*Nombre Impreso*]

A# 221346833
A Number [*Número A*]

_____
Signature [*Firma*]

## CERTIFICATE OF FUNDS IN DETAINED PERSON'S ACCOUNT

*(to be completed by authorized officer/ para ser completado por el/la official autorizado/a)*

I certify that attached hereto is a true and correct copy of the detained person's trust account statement showing the transactions of [*detained person's name*] _____ _____ for the last six (6) months at [*name of ICE detention center*] _____, where he or she is confined.

_____
Date [*Fecha*]

_____
Officer's Printed Name [*Nombre Impreso del/de la Oficial*]

_____
Signature of Authorized Officer [*Firma del/de la Oficial Autorizado*]

# US COMMISSARY™ Solutions

(https://www.uscommissarysolutions.com)

Menu

Admin Inmates

View / Edit Inmates - Golden State Annex, CA

## GEVORG ASATRYAN (221346833)   JUN 2 7 2025                 ← Back to All Inmates

| Balance | Spendable | Medical | Open Fees | Open Bonding Fees | Upcoming Fees |
|---|---|---|---|---|---|
| $2.64 | $2.64 | $0.00 | $0.00 | $0.00 | $0.00 |

General | Restrictions | Transactions | Fees | History | Notes

Deposit   Print Check   Links   Fee   Print

[PDF] [Print] [Excel]                                                                 Show [All] entries

Search: [     ]

| ID | Type | Date | Amount | Running Total |
|---|---|---|---|---|
| 144729481 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 06/27/2025 9:02 am PDT) | 06/27/2025 09:02:57 am PDT | -$0.69 | $2.64 |
| 144445363 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 06/23/2025 9:13 am PDT) | 06/23/2025 09:13:47 am PDT | -$0.69 | $3.33 |
| 144358791 | Order | 06/21/2025 10:35:51 pm PDT | -$16.66 | $4.02 |
| 144096555 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 06/18/2025 9:52 am PDT) | 06/18/2025 09:52:43 am PDT | -$0.69 | $20.68 |
| 143953553 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 06/16/2025 10:19 am PDT) | 06/16/2025 10:19:14 am PDT | -$0.69 | $21.37 |
| 143892809 | Order | 06/15/2025 02:16:38 pm PDT | -$41.25 | $22.06 |
| 143591867 | Telmate - Telmate ID: 1963239001 | 06/11/2025 01:05:34 pm PDT | -$35.00 | $63.31 |
| 143590447 | Deposit - Credit Card - Commissary | 06/11/2025 12:45:04 pm PDT | $93.00 | $98.31 |
| 142915523 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 06/02/2025 9:46 am PDT) | 06/02/2025 09:46:41 am PDT | -$0.69 | $5.31 |
| 142466581 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 05/27/2025 9:26 am PDT) | 05/27/2025 09:26:45 am PDT | -$0.69 | $6.00 |
| 142305605 | Order | 05/24/2025 06:27:51 pm PDT | -$43.31 | $6.69 |
| 142109276 | Telmate - Telmate ID: 1950869051 | 05/21/2025 08:35:34 pm PDT | -$34.00 | $50.00 |
| 141921376 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 05/19/2025 9:11 am PDT) | 05/19/2025 09:11:06 am PDT | -$0.69 | $84.00 |
| 141797370 | Order | 05/17/2025 01:04:28 pm PDT | -$23.54 | $84.69 |
| 141717139 | Paid Inmate Fee - Postage - Postage - 1 manilla envelope (Fee Created on: 05/16/2025 9:44 am PDT) | 05/16/2025 09:44:39 am PDT | -$1.77 | $108.23 |
| 141688411 | Telmate - Telmate ID: 1947238631 | 05/15/2025 06:15:34 pm PDT | -$31.03 | $110.00 |
| 141664637 | Deposit - Credit Card - Commissary | 05/15/2025 01:53:03 pm PDT | $141.00 | $141.03 |
| 141342340 | Telmate - Telmate ID: 1944284861 | 05/10/2025 09:15:34 pm PDT | -$5.00 | $0.03 |
| 141005167 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 05/06/2025 10:35 am PDT) | 05/06/2025 10:34:59 am PDT | -$0.69 | $5.03 |
| 140969366 | Order | 05/05/2025 06:07:20 pm PDT | -$39.28 | $5.72 |
| 140828328 | Telmate - Telmate ID: 1939990121 | 05/03/2025 09:25:34 pm PDT | -$5.00 | $45.00 |
| 140676831 | Telmate - Telmate ID: 1938726601 | 05/01/2025 08:35:34 pm PDT | -$15.20 | $50.00 |
| 140667661 | Deposit - Credit Card - Commissary | 05/01/2025 06:31:23 pm PDT | $63.00 | $65.20 |
| 140552424 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 04/30/2025 10:30 am PDT) | 04/30/2025 10:30:22 am PDT | -$0.69 | $2.20 |
| 140483540 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 04/29/2025 10:19 am PDT) | 04/29/2025 10:19:29 am PDT | -$0.69 | $2.89 |
| 140436172 | Order | 04/28/2025 03:11:10 pm PDT | -$17.93 | $3.58 |
| 140414052 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 04/28/2025 10:20 am PDT) | 04/28/2025 10:20:59 am PDT | -$0.69 | $21.51 |
| 140258473 | Telmate - Telmate ID: 1935123411 | 04/25/2025 10:55:34 pm PDT | -$10.00 | $22.20 |
| 140102008 | Return | 04/23/2025 05:32:07 pm PDT | $2.20 | $32.20 |
| 140013180 | Telmate - Telmate ID: 1932941241 | 04/22/2025 01:05:34 pm PDT | -$15.76 | $30.00 |
| 140001240 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 04/22/2025 10:13 am PDT) | 04/22/2025 10:13:17 am PDT | -$0.69 | $45.76 |
| 139984715 | Deposit - Credit Card - Commissary | 04/22/2025 12:58:43 am PDT | $43.00 | $46.45 |
| 139970543 | Order | 04/21/2025 06:08:21 pm PDT | -$26.55 | $3.45 |
| 139798006 | Telmate - Telmate ID: 1931111761 | 04/19/2025 12:25:34 pm PDT | -$13.21 | $30.00 |
| 139772689 | Deposit - Credit Card - Commissary | 04/18/2025 09:04:50 pm PDT | $43.00 | $43.21 |
| 139020171 | Order | 04/07/2025 10:18:16 pm PDT | -$29.79 | $0.21 |


Top


Save

| ID | Type | Date | Amount | Running Total |
|---|---|---|---|---|
| 138903777 | Telmate - Telmate ID: 1923169881 | 04/06/2025 12:45:34 pm PDT | -$16.98 | $30.00 |
| 138880074 | Deposit - Credit Card - Commissary | 04/06/2025 12:23:24 am PDT | $43.00 | $46.98 |
| 138756038 | Return | 04/04/2025 10:04:56 am PDT | $0.70 | $3.98 |
| 138509341 | Order | 03/31/2025 10:11:24 pm PDT | -$4.64 | $3.28 |
| 138120420 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 03/26/2025 10:03 am PDT) | 03/26/2025 10:03:40 am PDT | -$0.69 | $7.92 |
| 138038772 | Order | 03/24/2025 10:30:14 pm PDT | -$19.62 | $8.61 |
| 137992606 | Paid Inmate Fee - Postage - Postage - 1 manilla (Fee Created on: 03/24/2025 11:15 am PDT) | 03/24/2025 11:15:27 am PDT | -$1.77 | $28.23 |
| 137723629 | Telmate - Telmate ID: 1912455731 | 03/20/2025 01:35:34 pm PDT | -$13.07 | $30.00 |
| 137692164 | Deposit - Credit Card - Commissary | 03/20/2025 01:43:49 am PDT | $43.00 | $43.07 |
| 137547579 | Order | 03/17/2025 10:27:30 pm PDT | -$64.03 | $0.07 |
| 137544323 | Deposit - Credit Card - Commissary | 03/17/2025 07:58:30 pm PDT | $43.00 | $64.10 |
| 137269721 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 03/14/2025 9:43 am PDT) | 03/14/2025 09:43:16 am PDT | -$0.69 | $21.10 |
| 137125960 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 03/12/2025 9:40 am PDT) | 03/12/2025 09:40:19 am PDT | -$0.69 | $21.79 |
| 137060293 | Paid Inmate Fee - Postage - Postage - 2 envelopes (Fee Created on: 03/11/2025 10:15 am PDT) | 03/11/2025 10:15:26 am PDT | -$1.38 | $22.48 |
| 137009542 | Order | 03/10/2025 02:27:26 pm PDT | -$36.14 | $23.86 |
| 137005472 | Telmate - Telmate ID: 1906364581 | 03/10/2025 01:35:34 pm PDT | -$33.35 | $60.00 |
| 136970499 | Deposit - Credit Card - Commissary | 03/09/2025 10:35:36 pm PDT | $93.00 | $93.35 |
| 136554336 | Paid Inmate Fee - Postage - Postage - 2 envelopes (Fee Created on: 03/04/2025 9:34 am PST) | 03/04/2025 09:34:51 am PST | -$1.38 | $0.35 |
| 136114957 | Return | 02/26/2025 04:39:33 pm PST | $0.98 | $1.73 |
| 135982187 | Order | 02/24/2025 06:33:29 pm PST | -$29.25 | $0.75 |
| 135898976 | Telmate - Telmate ID: 1897356021 | 02/23/2025 05:15:34 pm PST | -$9.31 | $30.00 |
| 135730524 | Paid Inmate Fee - Postage - Postage - 1 envelope (Fee Created on: 02/21/2025 9:45 am PST) | 02/21/2025 09:45:54 am PST | -$0.69 | $39.31 |
| 135683017 | Telmate - Telmate ID: 1895490501 | 02/20/2025 02:35:34 pm PST | -$13.65 | $40.00 |
| 135510623 | Order | 02/17/2025 06:50:54 pm PST | -$46.35 | $53.65 |
| 135506586 | Telmate - Telmate ID: 1893943381 | 02/17/2025 06:05:34 pm PST | -$11.47 | $100.00 |
| 135503700 | Deposit - Credit Card - Commissary | 02/17/2025 05:34:18 pm PST | $111.00 | $111.47 |
| 134984517 | Order | 02/09/2025 05:19:00 pm PST | -$39.53 | $0.47 |
| 134981512 | Telmate - Telmate ID: 1889480751 | 02/09/2025 04:45:34 pm PST | -$10.00 | $40.00 |
| 134664064 | Telmate - Telmate ID: 1886784461 | 02/04/2025 06:25:34 pm PST | -$14.94 | $50.00 |
| 134653386 | Deposit - Check - Otay Mesa ch#2610009417 | 02/04/2025 04:25:01 pm PST | $64.37 | $64.94 |
| 132576362 | Telmate - Telmate ID: 1869878521 | 01/03/2025 11:55:34 am PST | -$10.00 | $0.57 |
| 132386689 | Telmate - Telmate ID: 1868266291 | 12/31/2024 02:45:34 pm PST | -$15.00 | $10.57 |
| 132378452 | Return | 12/31/2024 12:52:59 pm PST | $1.04 | $25.57 |
| 132302039 | Telmate - Telmate ID: 1867589671 | 12/30/2024 10:15:34 am PST | -$15.00 | $24.53 |
| 132132392 | Telmate - Telmate ID: 1866221771 | 12/27/2024 01:25:34 pm PST | -$10.00 | $39.53 |
| 132102161 | Order | 12/26/2024 10:37:08 pm PST | -$43.77 | $49.53 |
| 132101951 | Deposit - Credit Card - Commissary | 12/26/2024 10:10:34 pm PST | $93.00 | $93.30 |
| 131629770 | Order | 12/19/2024 10:09:42 pm PST | -$3.65 | $0.30 |
| 131396710 | Deposit - Cash - Cash: $0.77 = 2*.25, 5*.05, 2*.01 | 12/16/2024 12:47:53 pm PST | $0.77 | $3.95 |
| 131303995 | Telmate - Telmate ID: 1859610631 | 12/14/2024 11:35:34 pm PST | -$10.00 | $3.18 |
| 131302066 | Order | 12/14/2024 09:00:36 pm PST | -$99.82 | $13.18 |
| 131292794 | Deposit - Credit Card - Commissary | 12/14/2024 06:17:46 pm PST | $93.00 | $113.00 |
| 131241124 | Telmate - Telmate ID: 1859094801 | 12/13/2024 10:05:34 pm PST | -$5.00 | $20.00 |
| 131106467 | Telmate - Telmate ID: 1858014581 | 12/11/2024 09:55:34 pm PST | -$10.00 | $25.00 |
| 131073085 | Deposit - Cash - Cash: $35.00 = 3*$10, 1*$5 | 12/11/2024 01:51:50 pm PST | $35.00 | $35.00 |

Showing 1 to 81 of 81 entries

First | Previous | 1 | Next | Last

Pages

Terms and Conditions